Radio Corporation of America, a Delaware Corporation, Plaintiff-Appellant, v. Charles M. Smith, Doing Business as Charles M. Smith Truck Service, Defendant-Appellee.

Gen. No. 68–15. ▮

Fifth District.

April 8, 1969.

William E. Aulgur, of Eldorado, for appellant; Joseph W. Hickman, of Benton, for appellee. Opinion by JUSTICE EBERSPACHER. Not to be published in full.